

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-19-00369-CV

**IN THE INTEREST OF N.N.M.**, a Child,

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 17-01-13061-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

The appellant's brief was originally due to be filed on June 27, 2019. Neither the brief nor a motion for extension of time to file the brief has been filed. It is therefore ORDERED that the appellant's brief must be filed no later than fifteen days from the date of this order. **GIVEN THE TIME CONTRAINTS GOVERNING THIS APPEAL, FURTHER REQUESTS FOR EXTENSIONS OF TIME WILL BE DISFAVORED**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.

_KEITH E. HOTTLE,_
Clerk of Court